IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                           NO. 4:14CR0198 JM

ROBERT BROWN

## ORDER

Pending is Defendant's motion for early termination of supervised release. (Docket #3). The government objects to the Defendant's motion. Based upon the serious and violent nature of the underlying offense and Defendant's failure to fully comply with the terms of his supervision, Defendant's motion is DENIED.

IT IS SO ORDERED this 20th day of March, 2015.

_____
James M. Moody Jr.
United States District Judge